Nos. 23-12578, 23-12579

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Sheryl Glover and Cathy Booze,

*Plaintiffs-Appellees*,

*v.*

Ocwen Loan Servicing, LLC,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Southern District of Florida

Case Nos. 9:20-cv-80053, 9:20-cv-80135

Hon. Donald M. Middlebrooks

**Motion of *Amicus Curiae*
Consumer Financial Protection Bureau
to Participate in Oral Argument**

Seth Frotman
   *General Counsel*
Steven Y. Bressler
   *Deputy General Counsel*
Kristin L. Bateman
   *Assistant General Counsel*
Joseph Frisone
   *Senior Counsel*
Consumer Financial Protection
   Bureau
1700 G Street, NW
Washington, D.C. 20552
(202) 435-9287 (telephone)
Joseph.Frisone@cfpb.gov

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. Rule 26.1, counsel for *amicus curiae* the Consumer Financial Protection Bureau (CFPB) certify that the following persons and entities have an interest in the outcome of these appeals:

Abdreu, Timothy A., Attorney for Appellee

Bailey & Glasser, LLP, Counsel for Appellee

Bateman, Kristin, CFPB

Bressler, Steven Y., CFPB

Booze, Cathy, Appellee

Bradley Arant Boult Cummings LLP, Counsel for Appellant

Chappell, Glenn, Counsel for Appellees

Consumer Financial Protection Bureau

Consumer Law Attorneys, Counsel for Appellee

Dasgupta, Anisha, FTC

Evans, Diana N., Attorney for Appellant

Federal Trade Commission

Frisone, Joseph, CFPB

Frotman, Seth, CFPB

Glover, Sheryl, Appellee

Goetz, Mariel, FTC

Ingram-Hogan, Kimberly M., Attorney for Appellant

Kauffman, James Lawrence, Attorney for Appellee

Kim, Young, Attorney for Appellee

Korte and Wortman P.A., Counsel for Appellee

Middlebrooks, The Honorable Donald M., United States District Judge for the Southern District of Florida

Moore, Jaime L., Attorney for Appellant

Ocwen Financial Corporation, which is public traded on the New York Stock Exchange and which is the parent corporation of PHH Corporation

Ocwen Loan Servicing, LLC, Appellant, which no longer exists as a standalone entity

Pennington, Michael R., Attorney for Appellant

PHH Corporation, which is privately held and the parent corporation of PHH Mortgage Corporation

PHH Mortgage Corporation, successor by merger to named Appellant Ocwen Loan Servicing, LLC

Smith, Scott Burnett, Attorney for Appellant

Tycko & Zavareei LLP, Counsel for Appellees

C-2 of 2

**Amicus Curiae Consumer Financial Protection Bureau's**
**Motion for Leave to Participate in Oral Argument**

The Consumer Financial Protection Bureau (CFPB or Bureau) moves, pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(8), for leave to participate in oral argument in these consolidated cases. The CFPB, along with the Federal Trade Commission (FTC), filed a brief as *amicus curiae* on February 27, 2024 (Doc. 34 [Glover]; Doc. 30 [Booze]). Oral argument is scheduled for November 22, 2024. The CFPB respectfully requests that the Court grant five additional minutes of argument time to the Bureau. If the Court does not wish to increase the argument time, the CFPB alternatively requests that it be given four minutes of the time currently allocated to Plaintiffs-Appellees.

This case concerns a provision of the Fair Debt Collection Practices Act (FDCPA) that prohibits debt collectors from "collecti[ng] … any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law." 15 U.S.C. § 1692f(1). The question presented here is whether this provision bars Defendant-Appellant's collection of pay-to-pay or "convenience" fees—fees imposed for making a payment online or by phone. The CFPB and FTC's amicus brief argues that it does because those fees were "amounts" that Defendant-Appellant's "collect[ed]" within the meaning of the Act and that were not "permitted by law" within the meaning of the provision.

1

The CFPB has significant regulatory authority with respect to the FDCPA and has a substantial interest in ensuring its proper interpretation and application. Congress vested the CFPB with authority to enforce the FDCPA and to prescribe rules implementing the Act. 15 U.S.C. § 1692*l*(b), (d). Accordingly, the CFPB respectfully submits that its participation in oral argument will aid the Court's consideration of these appeals.

The CFPB conferred with counsel for the parties. Plaintiffs-Appellants are not opposed to the relief requested, and Defendant-Appellee is not opposed to the relief requested provided that both sides receive equal time. Should the Court grant the CFPB five minutes of additional argument time, Plaintiffs-Appellants have no objection to the Court granting Defendant-Appellee five minutes of additional time so that both sides receive equal time.

Dated: October 3, 2024

Respectfully submitted,

Seth Frotman
   *General Counsel*
Steven Y. Bressler
   *Deputy General Counsel*
Kristin L. Bateman
   *Assistant General Counsel*

/s/ *Joseph Frisone*
Joseph Frisone
   *Senior Counsel*
Consumer Financial Protection Bureau

1700 G Street, NW  
Washington, D.C. 20552  
(202) 435-9287  
Joseph.Frisone@cfpb.gov

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 368 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2010 and 14-point Times New Roman font.

October 3, 2024                     s/ Joseph Frisone

                                    Joseph Frisone
                                    Senior Counsel
                                    Consumer Financial Protection Bureau
                                    1700 G Street, NW
                                    Washington, D.C. 20552
                                    (202) 435-9287
                                    Joseph.Frisone@cfpb.gov

# CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

October 3, 2024                               s/ Joseph Frisone

                                              Joseph Frisone
                                              Senior Counsel
                                              Consumer Financial Protection Bureau
                                              1700 G Street, NW
                                              Washington, D.C. 20552
                                              (202) 435-9287
                                              Joseph.Frisone@cfpb.gov